UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDGE INVESTMENT, LLC,

    *Plaintiff,*

v.

DISTRICT OF COLUMBIA, *ET AL.*,

    *Defendants.*

Case No.  1:17-cv-00621 ESH

## CONSENT MOTION TO ALLOW FILING OF CORRECTED/AMENDED COMBINED OPPOSITION AND TO EXTEND REPLY DEADLINES

Plaintiff Edge Investment, LLC ("Edge"), with the consent of the Defendants, D.C. Water and Sewer Authority, George Hawkins, and the District of Columbia ("the District"), moves this Court to allow the filing of a corrected/amended Combined Opposition and to extend the time to file replies to it.

    1.    Edge filed a Combined Opposition to multiple defendants' Motions to Stay / Dismiss on Thursday, July 20, 2017.  Dkt. #36.

    2.    The Combined Opposition, which included sixty-five pages of facts and legal arguments, was an extensive undertaking.

    3.     After reviewing the Combined Opposition with fresh eyes the next day after it was filed, Edge's lead counsel, who prepared most of it, and other attorneys that had assisted with preparing it, noticed several citation errors and that a few parts of the arguments that had been incorporated into it were incomplete.  The primary portions of the Combined Opposition that needed to be corrected/amended are those involving the takings, R.I.C.O., and trespass claims.

4. After realizing that the Combined Opposition had citation errors and needed to otherwise be corrected/amended, Edge's counsel contacted affected counsel to seek consent to file a corrected/amended Combined Opposition by July 26, 2017.

5. The District Defendants, D.C. Water, and Mr. Hawkins have consented to Edge's request to file a corrected/amended Combined Opposition, so long as: (a) Edge files it by Wednesday, July 26, 2017; (b) Edge sends a redline version to them by email showing the changes that were made; and (c) the time for replies is extended to August 9, 2017.

6. This case is still in the initial response stage, so the parties will not be prejudiced by Edge filing a corrected/amended Combined Opposition.

7. Good cause exists to grant the relief requested by consent.

For the foregoing reasons, Edge, with the consent of the District Defendants, D.C. Water, and Mr. Hawkins, requests that this Court: (a) allow Edge to file a corrected/amended Opposition by July 26, 2017; and (b) extend the time for the District Defendants, D.C. Water, and Mr. Hawkins to file a Reply to the corrected/amended version by August 9, 2017.  A proposed order is attached.

                Respectfully submitted,

                GREENSTEIN DELORME & LUCHS, P.C.

Dated: July 26, 2017

/s/ James D. Sadowski
James D. Sadowski (D.C. Bar No. 446635)
Debra F. Leege (D.C. Bar No. 497380)
1620 L Street, N.W. - Suite 900
Washington, DC  20036
Telephone:  (202) 452-1400
Fax:  (202) 452-1400
Email:  jds@gdllaw.com
*Counsel for Plaintiff Edge Investment, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of July, 2017, a true copy of the foregoing Consent Motion should be served by Notice of Electronic Filing ("NEF") on the following counsel of record:

> MARTHA J. MULLEN, ESQ.
> MICHAEL K. ADDO, ESQ.
> BENJAMIN E. BRYANT, ESQ.
> Office of the Attorney General for the District of Columbia
> 441 4th Street, NW, Suite 630 South
> Washington, D.C. 20001
> *Counsel for Defendants District of Columbia, Gilbert Davidson, Todd Starke, and Rabbiah Sabbakhan*
>
> CREIGHTON MAGID
> Dorsey & Whitney, LLP
> 1801 K Street, N.W., Suite 750
> Washington, D.C. 20006
> *Counsel for Defendants D.C. Water & Sewer Authority and George Hawkins*
>
> CURTIS BOYKIN, ESQ.
> FREDERICK ARNOLD DOUGLAS, ESQ.
> GREGORY J. MATHERNE, ESQ.
> Douglas & Boykin PLLC
> 1850 M Street, NW, Suite 640
> Washington, DC 20036
> *Counsel for Defendants D.C. Water & Sewer Authority and George Hawkins*
>
> ROBERT B. WALLACE, ESQ.
> KEVIN P. FARRELL, ESQ.
> 700 11th Street, N.W., Suite 400
> Washington, D.C. 20001
> *Counsel for Defendant Celtic Demolition, Inc.*

    /s/ James D. Sadowski
    James D. Sadowski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGE INVESTMENT, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *ET AL.*,<br><br>    *Defendants.* | Case No.  1:17-cv-00621 ESH |

## ORDER GRANTING CONSENT MOTION TO ALLOW FILING OF A CORRECTED/AMENDED COMBINED OPPOSITION AND EXTENDING THE DEADLINE FOR THE FILING OF REPLIES

Upon consideration of the Consent Motion to Allow Filing of Corrected/Amended Combined Opposition and to Extend Reply Deadlines ("Consent Motion"), it is this ___ day of July, 2017 hereby:

ORDERED, that the Consent Motion is GRANTED; and it is

FURTHER ORDERED, that:  (a) the Plaintiff may file a corrected/amended Combined Opposition by July 26, 2017; and (b) that any replies to the corrected/amended Combined Opposition may be filed by August 9, 2017.

 

_____
Judge Ellen S. Huvelle, U.S. District Court for the District of Columbia

Copies to:

Counsel of Record by Notice of Electronic Filing

4832-9858-5932.v1